FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

# UNITED STATES DISTRICT COURT

AUG 26 2022

Eastern District of Arkansas

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| CLARENCE TAVAURUS MIXON JR. | ) | |
| | ) | Case No. 4:17-cr-00346-JM-1 |
| | ) | USM No. 31736-009 |
| | ) | Arkie Byrd |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   **2 and 3**   of the term of supervision.

☑ was found in violation of condition(s) count(s)   **1, 4, and 5**   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Mandatory (1) | Violation of federal, state, or local law | 07/27/2022 |
| 1 - Mandatory (1) | Violation of federal, state, or local law | 07/29/2022 |
| 2 - Mandatory (3) | Unlawful use of a controlled substance | 07/14/2022 |
| 3 - Standard (9) | Failure to notify probation office of law enforcement contact | 07/08/2022 |

The defendant is sentenced as provided in pages 2 through **3** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: **2611**

Defendant's Year of Birth:   **1986**

City and State of Defendant's Residence:
**North Little Rock, Arkansas**

08/25/2022
Date of Imposition of Judgment

_[signature]_
Signature of Judge

JAMES M. MOODY JR., U.S. DISTRICT JUDGE
Name and Title of Judge

8/26/22
Date

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: CLARENCE TAVAURUS MIXON JR.
CASE NUMBER: 4:17-cr-00346-JM-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 4 - Standard (10) | Unlawful use of a controlled substance | 07/27/2022 |
| 5 - Special (14) | Failure to participate in substance abuse treatment as directed | 07/13/2022 |

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

DEFENDANT: CLARENCE TAVAURUS MIXON JR.
CASE NUMBER: 4:17-cr-00346-JM-1

Judgment — Page 3 of 3

# IMPRISONMENT

    The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**24 MONTHS with no term of supervised release to follow**

☑ The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends the defendant participate in residential and non-residential substance abuse treatment, and mental health treatment while incarcerated.**

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL